UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 12CR10346- |
| v. ) | |
| ) | Violation: |
| LOUIS DOZIER, ) | 18 U.S.C. § 1709 (Theft of Mail) |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury, in and for the District of Massachusetts, charges that:

**COUNT ONE**:     18 U.S.C. § 1709 (Theft of Mail by Postal Employee)

On or about August 13, 2012, at Boston, in the District of Massachusetts,

### LOUIS DOZIER

defendant herein, being a Postal Service employee, did steal and wrongfully remove the contents of mail entrusted to him and which came into his possession intended to be conveyed through the mail.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*Elizabeth Brenner*
Foreperson of the Grand Jury

*[signature]*
Eugenia M. Carris
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: November 6, 2012

Returned into the District Court by the jurors and filed.

*[signature]*
Deputy Clerk

12:10 pm

11/6/12

2